**Fill in this information to identify the case:**

Debtor name: Archer Norris, a Professional Law Corporation
United States Bankruptcy Court for the: Northern District of CA (State)
Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Mokri, Vanis & Jones, LLC- Aquatic Settlement 4100 Newport Place Dr. #840 Newport Beach, CA 92660 | | Legal Settlement | | | | $204,166.65 |
| 2 | LaSalle Income & Growth Fund (WC) dba I&G Ygnacio II, LLC 333 West Wacker Dr. Suite 2300 Chicago, IL 60606 | | Rent | | | | $164,303.44 |
| 3 | Blue Shield of California 50 Beale Street San Francisco, CA 94105 | | Employee Benefits | | | | $69,229.05 |
| 4 | Kaiser Foundation Health Plan - NOR CAL P.O. Box 80204 Los Angeles, CA 90080-0204 | | Employee Benefits | | | | $47,809.04 |
| 5 | U.S. Legal Support P.O. Box 4503 Woodland Hills, CA 91365-4503 | | Legal Support Services | | | | $46,225.46 |
| 6 | Maquire Properties - 777 Tower LLC (LA) P.O. Box 39280 Los Angeles, CA 90039 | | Rent | | | | $39,948.15 |
| 7 | IPFS Corporation P.O. Box 100391 Pasadena, CA 91189-0391 | | Insurance | | | | $34,557.45 |
| 8 | Compex Legal Services, Inc. P.O. Box 2738 Torrance, CA 90510-2738 | | Legal Support Services | | | | $32,839.99 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Boston Properties, LP (SF) Property 1 P.O. Box 742841 Los Angeles, CA 90074-2841 | | Rent | | | | $31,515.41 |
| 10 | Legal Support Network dba Express Network P.O. Box 861057 Los Angeles, CA 90086-1057 | | Legal Support Services | | | | $24,646.70 |
| 11 | APTIM Environmental & Infrastructure, Inc. 39001 Treasury Center Chicago, IL 60694-9000 | | Expert Fees | | | | $19,500.00 |
| 12 | Thomson Reuters - West Payment Center P.O. Box 6292 Carol Stream, IL 60197-6292 | | Legal Research | | | | $18,743.00 |
| 13 | Vavoulis, Weiner & McNulty, LLC 445 S Figueroa St., Suite 3700 Los Angeles, CA 90071 | | Expert Fees | | | | $15,737.50 |
| 14 | Veritext Corp. 290 W. Mt. Pleasant Ave. Suite 3200 Livingston, NJ 07039 | | Legal Support Services | | | | $15,420.70 |
| 15 | First Legal Network, LLC P.O. Box 743451 Los Angeles, CA 90074-3451 | | Legal Support Services | | | | $14,563.19 |
| 16 | JPI XXXII, L.P. (SAC) c/o Colliers International P.O. Box 4857 Portland, OR 97208-4857 | | Rent | | | | $13,341.38 |
| 17 | Aiken Welch Court Reporters One Kaiser Plaza, Suite 250 Oakland, CA 94612 | | Legal Support Services | | | | $13,271.49 |
| 18 | Walnut Creek Parking 12 Mauchly, Bldg. 1 Irvine, CA 92618 | | Parking Fees | | | | $11,135.00 |
| 19 | CHLIC-Chicago 5476 Collection Center Dr. Chicago, IL 60693-0547 | | Expert Fees | | | | $9,806.50 |
| 20 | First Legal Deposition Services P.O. Box 749469 Los Angles, CA 90074-9469 | | Legal Support Services | | | | $9,806.50 |

**Fill in this information to identify the case and this filing:**

Debtor Name: Archer Norris, a Professional Law Corporation

United States Bankruptcy Court for the: Northern District of CA (State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/22/2018
MM / DD / YYYY

✗ /s/ Douglas C. Strauss
Signature of individual signing on behalf of debtor

Douglas C. Strauss
Printed name

President
Position or relationship to debtor

Official Form 202  **Declaration Under Penalty of Perjury for Non-Individual Debtors**