# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ARCHER NORRIS, a Professional Law Corporation,<br><br>               Debtor-In-Possession. | CASE NO. 18-30924-HLB-11 |

## SUPPLEMENTAL CREDITOR MATRIX COVER SHEET

     I declare that the attached Supplemental Creditor Mailing Matrix, consisting of 14 pages, contains the correct, complete and current names and addresses of additional priority, secured and unsecured creditors and that this matrix conforms with the Clerk's promulgated requirements.

DATED: August 24, 2018

                            FELDERSTEIN FITZGERALD
                            WILLOUGBY & PASCUZZI LLP

                            By: */s/ Thomas A. Willoughby*
                                  THOMAS A. WILLOUGHBY
                                  Proposed Attorneys for Archer Norris, a
                                  Professional Law Corporation

COLIN J COFFEY
169 MIDSHIP DRIVE
HERCULES CA 94547


W ERIC BLUMHARDT
315 FREITAS COURT
DANVILLE CA 94526


DOUGLAS C STRAUS
1366 ARLINGTON BLVD.
EL CERRITO CA 94530


STEPHEN B WELCH
580 PINE CREEK ROAD
WALNUT CREEK CA 94598


NANDOR B KRAUSE
5125 HUMMINGBIRD ROAD
PLEASANTON CA 94566


WILLIAM H STAPLES
341 KINGSWOOD LANE
DANVILLE CA 94506


KENNETH C WARD
11185 WEATHERLY PLACE
GRASS VALLEY CA 95945


SHARON C COLLIER
773 SAINT GEORGE RD.
DANVILLE CA 92426


KEITH R GILLETTE
2248 CRESTLINE ROAD
PLEASANTON CA 94566


CHARLES R DIAZ
15115 SUTTON STREET
SHERMAN OAKS CA 91403


MICHAEL C OSBORNE
1701 CEDARWOOD COURT
SAN BRUNO CA 94066

RICHARD E NORRIS
1767 ZAFIRO COURT
PALM SPRINGS CA 92264


NOEL M CAUGHMAN
71 WILLOTTA DRIVE
FAIRFIELD CA 94534


MICHAEL B PETERSON
2203 OAKVALE ROAD
WALNUT CREEK CA 94597


JOHN L KORTUM
105 MAGNOLIA AVENUE
PIEDMONT CA 94610


JASUN C MOLINELLI
3369 WORTH COURT
WALNUT CREEK CA 94598


WILLIAM L COGGSHALL
8335 CAVALIER LANE
DUBLIN CA 94568


JONATHAN C BACON
26 PARK LANE DR.
ORINDA CA 94563


JOCELYN M SORIANO
44 EVERGREEN DRIVE
ORINDA CA 94563


CHAD D GREESON
598 MICHAEL LANE
LAFAYETTE CA 94549


ROBERT A LATHAM III
632 ETTA STREET
LOS ANGELES CA 90065


ANDREW J KING
1329 EL CAMINO DRIVE
CLAYTON CA 94517

JAMES J FICENEC
1135 SHADY CREEK PLACE
DANVILLE CA 94526


SETH J SCHWARTZ
1214 ESTUDILLO STREET
MARTINEZ CA 94553


DEREK LIM
44 SIOUX LANE
SAN RAMON CA 94583


PATRICK BALL
1629 SANDALWOOD STREET
COSTA MESA CA 92626


MICHAEL R. NEBENZAHL
847 S. GENESEE AVE.
LOS ANGELES CA 90036


AILEEN R MAZANETZ
5400 Canyon Crest Drive
San Ramon CA 94582


KIRSTIN L WALLACE
155 AUSTIN LANE
ALAMO CA 94507


JAMES A PORTER IV
1498 N. MITCHELL CANYON ROAD
CLAYTON CA 94517


ERIN M GALLAGHER
5599 CORONADO COURT
CLAYTON CA 94517


DAVID MARCHIANO
61 FAWN CT.
MARTINEZCA 94553

CHRISTOPHER K TREMBLEY
1114 12TH ST. APT. 103
SANTA MONICA CA 90403


ANDREW BARCLAY BYRNES
2326 17TH AVE.
OAKLAND CA 94606


ZACHARY B. YOUNG
1102 RADIANT LANE
SAN RAMONCA 94583


BRETT THOMAS CARMODY
125 NEAR COURT, APT 513
WALNUT CREEKCA 94596


LAWRENCE E. WINEGRAD
2239 109TH AVENUE
OAKLAND CA 94603


JORDAN MEEKS
5300 IRON HORSE PARKWAY #555
DUBLIN CA 94568


SHAIN ASHLEY WASSER
727 W. 7TH STREET APT 521
LOS ANGELES CA90017


KATHY K. LEE-CHUN
1707 N. FAIR OAKS AVE. UNIT 110
PASADENA CA 91103


ERIC R. TUY
1190 MISSION STREET APT. 902
SAN FRANCISCO CA 94103


JESSICA S. PLINER
1910 OLD SONOMA ROAD
NAPA CA 94559


RICHARD D. HOANG
1325 N. College Ave, #D324
CLAREMONT CA  91711

JACQUELINE K. OH
5140 GEARY BLVD. #7
SAN FRANCISCO CA 94118


DIANNA MANUKYAN
1601 CAMULOS AVENUE
GLENDALE CA 91208


DOMINIC WATKINS
1705 Carmel Dr. Apt 206
Walnut Creek CA 94596


SHANNON MALLORY
1036 CUMBERLAND PLACE
SAN JOSE CA 95125


PHILIP GREENAN
2938 LARAMIE AVENUE
SAN RAMON CA 94583


CHRISTINE D LUONG-PHAM
805 TEMPLE TERRACE, UNIT 103
LOS ANGELES CA 90042


NADIM G HEGAZI
2 CROWN COURT
ORINDA CA 94563


MONICA M DE LEON
1061 PARK AVE. UNIT 310
LONG BEACH CA 90804


JEREMIAH J HARVEY
1955 Dora Avenue
Walnut Creek CA 94596


CHRISTOPHER W. TERRIL
8 WOODCREST RD.
ORINDA CA 94563


BENJAMIN CAREW ELLIS
415 LAGUNITAS AVE., #304
OAKLAND CA 94610

STEVIE B NEWTON
1628 WASHINGTON STREET
SAN FRANCISCO CA 94109


ALISON SUNSHINE CHAVEZ
167 GANESHA COMMON
LIVERMORE CA 94551


JASKIRAN K SAMRA
3543 BROOK STREET, APT. 207
LAFAYETTE CA 94549


ALLAN L ISBELL
2953 DEER MEADOW DR.
DANVILLE CA 94506


LOUIS R CHAO
2133 LORAIN ROAD
SAN MARINO CA 91108


PATRICE N HARPER
2758 FARNSWORTH DRIVE
LIVERMORE CA 94551


JANELL ALBERTO
1831 HOLLAND DRIVE
WALNUT CREEK CA 94597


KARL E. FOSTER
2874 ST. DENIS DR.
SAN RAMON CA 94583


YEN P. CHAU
6848 RIDGEWOOD DRIVE
OAKLAND CA 94611


EDWARD L SHAFFER
1270 EL CURTOLA BLVD
LAFAYETTE CA 94549

JON P TONSING
P.O. BOX 50
DOBBINS CA 95935


PETER W MCGAW
1109 AVENIDA SEVILLA #1B
WALNUT CREEK CA 94595


CHRISTOPHER M HARNETT
43 LA NORIA
ORINDA CA 94563


J VIRGINIA PEISER
192 ALICE LANE
ORINDA CA 94563


ROBERT F HINTON
3021 HOLLYRIDGE DR.
LOS ANGELES CA 90068


ADRIAN T. LAMBIE
681 43RD STREET
OAKLAND CA 94609


ELIZABETH AKUA AL-HASSAN
950 ROLLING WOODS WY
CONCORD CA 94521


MARYANN FRIEL-ROACHELLE
2861 CRESTON ROAD
WALNUT CREEK CA 94597


ANGELA M SANCHEZ
4119 SAN ONOFRE CT.
CHINO CA 91710


ANN MARIE LISTEK
104 LARIAT COURT
OAKLEY CA 94561


CYNTHIA SALONE
57 DEL PRADO CIRCLE
FAIRFIELD CA94533

PETER KORCSINSZKY
211 30TH ST., APT. 7
SAN FRANCISCO CA 94131


WILLIAM C NERVIS
11118 NOVELDA DRIVE
OAKLAND CA94603


OLGA ELIZABETH VILLEDA
315 LAGOON CIRCLE
HERCULES CA 94547


ANNAMARIE ALTER
18778 MASTERSON PL.
CASTRO VALLEY CA 94552


KAREN D SMITH
719 MADONNA DRIVE
SUISUN CITY CA 94585


TRACY LPICO
142 BLUE CANYON WAY
MARTINEZ CA 94553


AMY M HARKNESS
4291 ARMAND DRIVE
CONCORD CA 94521


ELIZABETH BARHAM
26 DORAL WAY
ANTIOCH CA94509


LAURA MZODIKOFF
2520 RYAN ROAD APT. 20
CONCORD CA 94518


JESSICA RILEY
1916 ALMOND AVENUE
WALNUT CREEK CA 94596


KRISTEN GARCIA
221 MACALVEY DRIVE
MARTINEZ CA 94553

KAREN G BRENNAN
212 GAMAY COURT
DANVILLE CA 94506


ELENA F APODACA
8037 MONTARA AVENUE
RANCHO CUCAMONGA CA 91730


YOLANDA B BULLOCK
1710 CRATER PEAK WAY
ANTIOCH CA94531


AMANDA LEIGH SANCHEZ
146 E. GRANT LINE ROAD
TRACY CA 95376


DEBBIE NELLOR
16250 HOMECOMING DRIVE UNIT 1456
CHINO CA91708


CATHERINE R LUBBE
1902 NEWPORT DRIVE
PITTSBURG CA 94565


LINDSEY VOIGHT
3007 EL MONTE COURT
ANTIOCH CA 94509


ASHLEY MOSER
173 OUTRIGGER DR.
VALLEJO CA 94591


BIANCA M BULLOCK
656 TAIN COURT
BRENTWOOD CA 94513


DOREEN JAMES
9754 BEN HUR AVENUE
WHITTIER CA 90604

MEGAN ELIZABETHBENVENISTE
1451 TREAT BLVD. APT. 215
WALNUT CREEK CA 94597


KATHLEEN J BUSICK
1635 HUMPHREY DRIVE
CONCORD CA94519


REYNALDO MENDEZ
1619 E. 15TH STREET
OAKLAND CA94606


ERICK GUACAMAYA
5037 STRATFORD RD. #2
LOS ANGELES CA90042


JEREMY LYNCH
1505 LACEY COURT #7
CONCORD CA 94520


JEANNETTE ALCALA
6406 FAIRFIELD STREET
LOS ANGELES CA 90022


JONATHAN R ARANA
2154 ORIN LANE
PLEASANT HILL CA 94523


VICTOR RODRIGUEZ
1307 PINTAIL DRIVE
SUISUN CITY CA 94585


RICARDO B. MERCADO
301 EXECUTIVE PARK BLVD. #405
SAN FRANCISCO CA 94134


JESSICA A. GREER
384 HOPKINS
FAIRFIELD CA 94533


LINDA J WALKER
1755 SHIRLEY DRIVE
PLEASANT HILL CA 94523

STANLEY THONG
1948 IRVING AVENUE
OAKLAND CA 94601


CHARLES KOO
1611 ARIANNA LANE
SAN RAMON CA 94582


EVELYN LHUIZAR
5450 KIRKWOOD DRIVE #H-1
CONCORD CA 94521


LORETTA A PANTALEO
109 REEF DRIVE
PITTSBURG CA 94565


PRISCILLA LCOFRESI
4300 THORNHILL WAY
PITTSBURG CA94565


EVELYN KHOLLIDGE
111 GALEN DRIVE
WALNUT CREEK CA94597


ADRIANA ATKINS
574 FALLEN LEAF CIRCLE
SAN RAMON CA 94583


CARLA R. PINELL-HORTON
1310 BROOKVIEW DRIVE
CONCORD CA94520


MELANIE K. CONRAD
5201 VALMAR DR.
CONCORD CA94521


JIM LKENTNER
1354 KANSAS CIRCLE
CONCORD CA94521


BRENDA BARRY
3239 CASA GRANDE
SAN RAMON CA 94583

KARIN WIBORN
2309 OAKLAND
PLEASANTON CA 94588


KARYN A. APODACA
418 SOUTH SAN MATEO
REDLANDS CA 92373


RACHEL MESTES
112 MT WHITNEY WAY
CLAYTON CA 94517


JAMES R OCHOA
629 EASTWOOD COURT
BRENTWOOD CA94513


BROOK M LEE
1172 MORSE AVENUE
SUNNYVALE CA 94089


VICTOR SUSANTO
3739 ANZA WAY
SAN LEANDRO CA 94578


Jon Tonsing
P.O. Box 50
Dobbins CA 95935


Rick Norris
1767 Zafiro Court
Palm Springs CA 92264


Glenn Mau
4130 Shorecrest Lane
Corona Del Mar CA 92625


Namvar Mokri
16 Oroville
Irvine CA 92602

Limor Lehavi
1189 N. Linda Vista
Orange CA 92869


Gene Blackard
1900 2nd Avenue
Walnut Creek CA 94597


Todd Jones
664 Glenn-Mady Way
Folsom CA 95630


Rich Vanis
8 Mission Bay Drive
Corona Del Mar CA 92625


Matthew Covington
1514 Escondido Way
Belmont CA 94002


Chris Harnett
43 La Noria
Orinda CA 94563


Robert Hinton
3021 Hollyridge Dr.
Los Angeles CA 90068


Gabriel Green
4819 Almidor Avenue
Woodland Hills CA 91364


Contra Costa County Treasurer -
Tax Collector
P.O. Box 631
Martinez, CA 94553


Los Angeles County Tax Collector
225 N Hill Street
Los Angeles, CA 90012


San Francisco County
Office of the Treasurer & Tax Collector

P.O. Box 7426
San Francisco, CA 94120-7426

County of Orange
Attn: Treasurer-Tax Collector
P.O. Box 4005
Santa Ana, CA 92702-4005