TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
TERRI HAWKINS DIDION (SBN 133491)
MARTA E. VILLACORTA (NY SBN 4918280)
Trial Attorneys
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: timothy.s.laffredi@usdoj.gov

Attorneys for Tracy Hope Davis
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | ) Case No. 18-30924 HLB |
| | ) |
| ARCHER NORRIS, a Professional Law Corporation, | ) |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

**APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors:

1. Aquatic, Inc.
   c/o Namvar Mokri, Esq.
   Mokri Vanis & Jones, LLP
   4100 Newport Place Drive, Suite 840
   Newport Beach, CA 92660

2. U.S. Legal Support
   c/o Joseph Dudek, Esq.
   Gohn, Hankey & Berlage, LLP
   201 North Charles Street, Suite 2101
   Baltimore, MD 21201

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS    -1-

1
2  3. Veritext & Personal Court Reporters
     290 W. Mt. Pleasant Ave., #3200
3    Livingston, NJ 07039

4  Dated: September 10, 2018                TRACY HOPE DAVIS
                                            UNITED STATES TRUSTEE
5
6                                           /s/ Timothy S. Laffredi
                                            Assistant United States Trustee
7                                           Office of the United States Trustee

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS    -2-