THOMAS A. WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com
jniemann@ffwplaw.com

Proposed Attorneys for Archer Norris, a Professional
Law Corporation, Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

ARCHER NORRIS, a Professional Law Corporation,

    Debtor-In-Possession.

CASE NO. 18-30924-HLB

Chapter 11

[No Hearing Required]

**REQUEST TO VACATE ORDER APPROVING STIPULATION PERMITTING PURCHASE OF PREPETITION CLAIMS AGAINST CLIENTS FOR (1) EMERGENCY PREPETITION COST ADVANCES BY ATTORNEYS; AND (2) ELECTION NOT TO INVOICE CLIENTS FOR UNPAID PREPETITION COSTS**

Archer Norris, a Professional Law Corporation, the Debtor and Debtor in Possession herein (the "Debtor") hereby requests that the Court vacate its Order Approving Stipulation Permitting Purchase of Prepetition Claims Against Clients for (1) Emergency Prepetition Cost Advances by Attorneys; and (2) Election Not to Invoice Clients for Unpaid Prepetition Costs filed on September 11, 2018 [Docket No. 71] ("Order"). The Stipulation Permitting Purchase of Prepetition Claims Against Clients for (1) Emergency Prepetition Cost Advances by Attorneys; and (2) Election Not to Invoice Clients for Unpaid Prepetition Costs filed on September 10, 2018 [Docket No. 68] ("Stipulation") was filed and the related Order uploaded shortly before the Notice of Appointment of Committee was filed on September 10, 2018 [Docket No. 70].

The Debtor wants to discuss the proposed Stipulation with the newly appointed Official Committee of Unsecured Creditors (the "Committee") before proceeding further with the

Request to Vacate Order re Stipulation Permitting Purchase of Emergency Prepetition Cost Advances and Unpaid Costs

Case: 18-30924   Doc# 72   Filed: 09/11/18   Entered: 09/11/18 11:23:59   Page 1 of 2

Stipulation. The Debtor would not have filed the Stipulation and uploaded the Order if the Debtor had known that the Committee had been appointed. The request to vacate the Order is without prejudice to the Debtor seeking approval of the Stipulation or the relief requested in the Stipulation at a later time.

Dated: September 11, 2018

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

By: /s/ Thomas A. Willoughby
THOMAS A. WILLOUGHBY
Proposed Attorneys for Archer Norris, a Professional
Law Corporation, Debtor-in-Possession