THOMAS A. WILLOUGHBY, State Bar No. 137597
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
twilloughby@ffwplaw.com
jniemann@ffwplaw.com

Proposed Attorneys for Archer Norris, a Professional
Law Corporation, Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ARCHER NORRIS, a Professional Law Corporation,<br><br>Debtor-In-Possession. | CASE NO.: 18-30924-HLB<br>Chapter 11 |

**NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTOR'S SCHEDULE G**

Archer Norris, a Professional Law Corporation the Debtor and Debtor in Possession herein (the "**Debtor**") files these *Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedule G* (the "**Notes**") contemporaneously with filing its Schedule G ("**Schedule G**"). The Debtor prepared its Schedule G in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These Notes pertain to, are incorporated by reference in, and comprise an integral part of, all of Schedule G. These Notes should be referred to, and reviewed in connection with, any review of Schedule G.

Schedule G reflects the Debtor's best effort to compile information regarding the assets and liabilities of the Debtor. The Debtor reserves all rights to amend or supplement its Schedule G.

Nothing contained in these Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to its chapter 11 case, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination, defenses, characterization or re-characterization of contracts, leases and claims, assumption or rejection of contracts and leases and/or causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.

Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, and other items reported in Schedule G, the Debtor may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in Schedule G, and the Debtor and its estate reserve all rights in this regard.

Collecting data for Schedule G, in the midst of an accelerated wind down of all business activities, has been extremely difficult. To assist the Debtor, employees of BPM LLP, the Debtor's proposed financial advisor, have worked with the Debtor's employees to collect, collate and input the information that has been included in Schedule G. Neither BPM LLP nor the Liquidating Manager, Russell K. Burbank, has independently verified any of the information provided from the Debtor's employees and/or the Debtor's books and records.

The Debtor's business is large and complex. While the Debtor's existing records and information systems have been relied upon to identify and schedule executory contracts and every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtor reserves all rights to dispute the validity, status or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement Schedule G as necessary. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtor reserves all rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction document or instrument.

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor name | Archer Norris, PLC | | |
| United States Bankruptcy Court for the: | Northern | District of | CA (State) |
| Case number (If known): | 18-30924-HLB | Chapter | 11 |

■ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE AND FEES - PHOTOCOPIERS | EPIQ SYSTEMS, INC<br>TWO RAVINIA DRIVE, SUITE 850<br>ATLANTA, GA 30346 |
| State the term remaining | MONTH TO MONTH | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE - PHOTOCOPIERS | EPIQ SYSTEMS, INC<br>TWO RAVINIA DRIVE, SUITE 850<br>ATLANTA, GA 30346 |
| State the term remaining | 5 MONTHS - 1/31/2019 | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | MONITOR SUITE SUBSCRIPTION | THOMSON REUTERS<br>610 OPPERMAN DRIVE, P.O. BOX 64833<br>ST. PAUL, MN 55164-1803 |
| State the term remaining | 3 YEARS, 4 MONTHS - 12/31/2021 | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | PRACTICAL LAW SUBSCRIPTION | THOMSON REUTERS<br>610 OPPERMAN DRIVE, P.O. BOX 64833<br>ST. PAUL, MN 55164-1803 |
| State the term remaining | 4 MONTHS - 12/31/2018 | |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | WESTLAW PREMIER SUBSCRIPTION | THOMSON REUTERS<br>610 OPPERMAN DRIVE, P.O. BOX 64833<br>ST. PAUL, MN 55164-1803 |
| State the term remaining | 3 YEARS, 4 MONTHS - 12/31/2021 | |
| List the contract number of any government contract | | |

| Debtor | Archer Norris, PLC | Case number (if known) | 18-30924-HLB |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest: THE RECORDER SUBSCRIPTION <br> State the term remaining: 2 MONTHS - 11/2/2018 <br> List the contract number of any government contract: | ALM MEDIA, LLC <br> PO BOX 70162 <br> PHILADELPHIA, PA 19176 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest: INSURANCE - PERSONAL EXCESS LIABILITY POLICY <br> State the term remaining: 2 MONTHS - 11/1/2018 <br> List the contract number of any government contract: | CHUBB GROUP OF INSURANCE COMPANIES <br> 7700 IRVINE CENTER DR., STE. 900 <br> IRVICE, CA 92618 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest: ARCS SUBSCRIPTION <br> State the term remaining: 1 MONTH - 9/30/2018 <br> List the contract number of any government contract: | MINISOFT <br> 7231 E. PRINCESS DR., STE 212 <br> SCOTTSDALE, AZ 85255 |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest: CASEMAP SUBSCRIPTION <br> State the term remaining: 4 MONTHS - 12/31/2018 <br> List the contract number of any government contract: | LEXIS-NEXIS <br> 28544 NETWORK PLACE <br> CHICAGO, IL 60673 |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest: CHANGE PRO SUBSCRIPTION <br> State the term remaining: 2 MONTHS - 10/31/2018 <br> List the contract number of any government contract: | LITERA CORP <br> 5000 CROSSMILL ROAD <br> MCLEANSVILLE, NC 27301 |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest: CHROME RIVER SUBSCRIPTION <br> State the term remaining: MONTH TO MONTH <br> List the contract number of any government contract: | CHROME RIVER TECHNOLOGIES INC. <br> 5757 WILSHIRE BLVD. STE. 270 <br> LOS ANGELES, CA 90036 |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest: COMPULAW SUBSCRIPTION <br> State the term remaining: 3 MONTHS - 11/30/2018 <br> List the contract number of any government contract: | ADERANT HOLDINGS INC. <br> P.O. BOX 931177 <br> ATLANTA, GA 31193 |

| Debtor | Archer Norris, PLC | Case number (if known) 18-30924-HLB |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | CONTACTEASE SUBSCRIPTION | COLE VALLEY SOFTWARE, INC. <br> 2900 N. GOVERNMENT WAY, STE 273 <br> COEUR D'ALENE, ID 83815 |
| | State the term remaining | 4 MONTHS - 12/31/2018 | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | DATA FUSION INTELLISTAT FINANCIAL REPORTING SUBSCRIPTION | DATA FUSION TECHNOLOGIES, INC. <br> P.O. BOX 743416 <br> LOS ANGELES, CA 90074 |
| | State the term remaining | 7 MONTHS - 3/31/2019 | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | DROPBOX SUBSCRIPTION | DROPBOX <br> 333 BRANNA ST <br> SAN FRANCISCO, CA 94107 |
| | State the term remaining | 3 MONTHS - 12/15/2018 | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | EBILLING HUB SUBSCRIPTION | THOMSON REUTERS <br> 610 OPPERMAN DRIVE, P.O. BOX 64833 <br> ST. PAUL, MN 55164-1803 |
| | State the term remaining | 6 MONTHS - 2/28/2019 | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | E-FAX SUBSCRIPTION | J2 ENGINEERING, INC. <br> 5234 E. PINE AVE. <br> FRESNO, CA 93727 |
| | State the term remaining | MONTH TO MONTH | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | THOMSON ELITE SUBSCRIPTION | THOMSON ELITE <br> P.O. BOX - LA 21213 <br> PASADENA, CA 91185 |
| | State the term remaining | 1 MONTH - 9/30/2018 | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | ESET ANTI-VIRUS SUBSCRIPTION | DELL SERVICE SALES <br> P.O. BOX 22130 <br> OAKLAND, CA 94623 |
| | State the term remaining | 2 MONTHS - 10/26/2018 | |
| | List the contract number of any government contract | | |

Official Form 206G   Schedule G: Executory Contracts and Unexpired Leases   page ___ of ___



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest: FORMS WORKFLOW SUBSCRIPTION<br>State the term remaining: 11 MONTHS - 7/31/2019<br>List the contract number of any government contract: | AMERICAN LEGALNET, INC.<br>16501 VENTURA BLVD., STE 615<br>ENCINO, CA 91436 |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest: GOTOMEETING SUBSCRIPTION<br>State the term remaining: 1 MONTH - 10/11/2018<br>List the contract number of any government contract: | CITRIX SYSTEMS INC.<br>C/O SUBSCRIPTION ADVANTAGE P.O. BOX 932841<br>ATLANTA, GA 31193 |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest: ITIMEKEEP SUBSCRIPTION<br>State the term remaining: 11 MONTHS - 7/31/2019<br>List the contract number of any government contract: | BELLEFIELD SYSTEMS, LLC<br>2605 NICHOLSON ROAD, STE 2202<br>SEWICKLEY, PA 15143 |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest: LOGMEIN SUBSCRIPTION<br>State the term remaining: 7 MONTHS - 4/12/2019<br>List the contract number of any government contract: | LOGMEIN, INC.<br>320 SUMMER STREET<br>BOSTON, MA 02210 |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest: MACPAC SUBSCRIPTION<br>State the term remaining: 4 MONTHS - 1/4/2019<br>List the contract number of any government contract: | THE SACKETT GROUP, INC.<br>4437 17TH STREET<br>SAN FRANCISCO, CA 94114 |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest: METADATA ASSISTANT SUBSCRIPTION<br>State the term remaining: 3 MONTHS - 12/7/2018<br>List the contract number of any government contract: | PAYNEGROUP, INC.<br>1111 3RD AVE., STE 2200<br>SEATTLE, WA 98101 |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest: MIMECAST - EMAIL SPAM&ANTI-VIRUS SUBSCRIPTION<br>State the term remaining: 9 MONTHS - 6/14/2019<br>List the contract number of any government contract: | MIMECAST NORTH AMERICA, INC.<br>480 PLEASANT ST., STE. C10<br>WATERTOWN, MA 02472 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | MIMECAST - TARGETED THREAT PROTECTION SUBSCRIPTION | MIMECAST NORTH AMERICA, INC. 480 PLEASANT ST., STE. C10 WATERTOWN, MA 02472 |
| | State the term remaining | 9 MONTHS - 6/14/2019 | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | MICROSOFT ENTERPRISE AGREEMENT SUBSCRIPTION | MICROSOFT CORPORATION C/O BANK OF AMERICA 1950 N. STEMMONS FWY, STE 5010 DALLAS, TX 75207 |
| | State the term remaining | 2 YEARS, 3 MONTHS - 11/30/2020 | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | NETVOYAGE SUBSCRIPTION | NETVOYAGE DBA NETDOCUMENTS 2500 WEST EXECUTIVE PARKWAY STE 350 LEHI, UT 84046 |
| | State the term remaining | 1 MONTH - 9/25/2018 | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | PDF CONVERTER (POWER PDF) SUBSCRIPTION | NUANCE DOCUMENT IMAGING, INC. P.O. BOX 7247 PHILADELPHIA, PA 19170 |
| | State the term remaining | 7 MONTHS - 3/27/2019 | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | PREPARIS SUBSCRIPTION | PREPARIS, INC. 3340 PEACHTREE RD. NE STE 2050 ATLANTA, GA 30326 |
| | State the term remaining | 4 MONTHS - 1/7/2019 | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | REMOTE COUNSEL VIDEO CONFERENCE BRIDGING SUBSCRIPTION | REMOTE COUNSEL 3901 ROSWELL ROAD SUITE 302 MARIETTA, GA 30062 |
| | State the term remaining | MONTH TO MONTH | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | RING CENTRAL VOIP & FAXING SUBSCRIPTION | REMOTE COUNSEL 3901 ROSWELL ROAD SUITE 302 MARIETTA, GA 30062 |
| | State the term remaining | 2 YEARS, 4 MONTHS - 12/30/2020 | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest: PAGE VAULT - SOCIAL MEDIA DISCOVERY SUBSCRIPTION <br> State the term remaining: MONTH TO MONTH <br> List the contract number of any government contract: | PAGE VAULT INC. <br> 401 E. ONTARIO #3403 <br> CHICAGO, IL 60611 |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest: SSL CERTIFICATE 256 BIT ENCRYPTION SUBSCRIPTION <br> State the term remaining: MONTH TO MONTH <br> List the contract number of any government contract: | COMODO <br> 1255 BROAD STREET <br> CLIFTON, NJ 07013 |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest: SSL CERTIFICATE 256 BIT ENCRYPTION SUBSCRIPTION <br> State the term remaining: MONTH TO MONTH <br> List the contract number of any government contract: | GODADDY <br> 14455 N HAYDEN RD, STE 226 <br> SCOTTSDALE, AZ 85260 |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest: SYMANTEC BACKUP EXEC SUBSCRIPTION <br> State the term remaining: 3 MONTHS - 11/17/2018 <br> List the contract number of any government contract: | SYMANTEC CORPORATION <br> P.O. BOX 10849 <br> EUGUENE, OR 97440 |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest: TEXTMAP SUBSCRIPTION <br> State the term remaining: 4 MONTHS - 12/31/2018 <br> List the contract number of any government contract: | LEXIS-NEXIS <br> 28544 NETWORK PLACE <br> CHICAGO, IL 60673 |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest: VMWARE SUBSCRIPTION <br> State the term remaining: 10 MONTHS - 6/22/2019 <br> List the contract number of any government contract: | DELL SERVICE SALES <br> P.O. BOX 22130 <br> OAKLAND, CA 94623 |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest: VOIP SUBSCRIPTION <br> State the term remaining: MONTH TO MONTH <br> List the contract number of any government contract: | 8X8, INC <br> 2125 O'NEL DR <br> SAN JOSE, CA 95131 |

| Debtor | Archer Norris, PLC | Case number (if known) | 18-30924-HLB |
|---|---|---|---|

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest: NIMBLE FLASH STORAGE SYSTEM<br>State the term remaining: 8 MONTHS - 5/8/2019<br>List the contract number of any government contract: | HEWLETT-PACKARD COMPANY<br>DEPT 33271, PO BOX 39000<br>SAN FRANCSICO, CA 94139 |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest: MASERGY MLPS SYSTEM<br>State the term remaining: MONTH TO MONTH<br>List the contract number of any government contract: | MASERGY COMMUNICATIONS, INC.<br>P.O. BOX # 671454<br>DALLAS, TX 75267 |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest: CENTURYLINK MLPS SYSTEM<br>State the term remaining: 1 YEAR, 8 MONTHS - 4/24/2020<br>List the contract number of any government contract: | CENTURYLINK<br>100 CENTURYLINK DRIVE<br>MONROE, LA 71203 |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest: CENTURYLINK DIA SYSTEM<br>State the term remaining: MONTH TO MONTH<br>List the contract number of any government contract: | CENTURYLINK<br>100 CENTURYLINK DRIVE<br>MONROE, LA 71203 |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest: COGENT INTERNET SERVICE SAN FRANCISCO<br>State the term remaining: 1 YEAR, 9 MONTHS - 5/31/2020<br>List the contract number of any government contract: | COGENT COMMUNICATIONS, INC.<br>P.O. BOX 791087<br>BALTIMORE, MD 21279 |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest: COGENT INTERNET SERVICE LOS ANGELES<br>State the term remaining: 1 YEAR, 9 MONTHS - 5/31/2020<br>List the contract number of any government contract: | COGENT COMMUNICATIONS, INC.<br>P.O. BOX 791087<br>BALTIMORE, MD 21279 |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest: COGENT INTERNET SERVICE WALNUT CREEK<br>State the term remaining: 2 YEAR, 9 MONTHS - 5/31/2021<br>List the contract number of any government contract: | COGENT COMMUNICATIONS, INC.<br>P.O. BOX 791087<br>BALTIMORE, MD 21279 |

Case: 18-30924  Doc# 77  Filed: 09/12/18  Entered: 09/12/18 15:05:47  Page 9 of 17

Official Form 206G  Schedule G: Executory Contracts and Unexpired Leases  page ___ of ___

Debtor   Archer Norris, PLC                                    Case number (if known) 18-30924-HLB
         Name

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest: AT & T TELEPHONE SYSTEM<br>State the term remaining: MONTH TO MONTH<br>List the contract number of any government contract: | AT & T<br>P.O. BOX 78225<br>PHOENIX, AZ 85062 |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest: COMCAST INTERNET SERVICE WALNUT CREEK<br>State the term remaining: MONTH TO MONTH<br>List the contract number of any government contract: | COMCAST<br>P.O. BOX 34744<br>SEATTLE, WA 98124 |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest: COMCAST INTERNET SERVICE SAN FRANCISCO<br>State the term remaining: MONTH TO MONTH<br>List the contract number of any government contract: | COMCAST<br>P.O. BOX 34744<br>SEATTLE, WA 98124 |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest: DELL SERVER & SWITCH MAINTENANCE SERVICE<br>State the term remaining: MONTH TO MONTH<br>List the contract number of any government contract: | DELL SERVICE SALES<br>P.O. BOX 22130<br>OAKLAND, CA 94623 |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest: FORTIGATE FIREWALL MAINTENANCE<br>State the term remaining: 6 MONTHS - 2/19/2019<br>List the contract number of any government contract: | ICS, INC<br>500 OFFICE CENTER DRIVE, SUITE 400<br>FT. WASHINGTON, PA 19034 |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest: HP SWITCH MAINTENANCE SERVICE<br>State the term remaining: 7 MONTHS - 3/27/2019<br>List the contract number of any government contract: | SOFTCHOICE CORPORATION<br>16609 COLLECTIONS CENTER DR.<br>CHICAGO, IL 60693 |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest: CORODATA TAPE MEDIA STORAGE<br>State the term remaining: MONTH TO MONTH<br>List the contract number of any government contract: | CORODATA RECORDS MANAGEMENT, INC.<br>P.O. BOX 842638<br>LOS ANGELES, CA 90084 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest**: Reno Office Lease <br><br> **State the term remaining**: MONTH TO MONTH <br><br> **List the contract number of any government contract** | Regus Management Group, LLC <br> 15305 Dallas Parkway, Suite 400 <br> Addison, TX 75001 |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest**: Sacramento Office Lease <br> 301 University Avenue, Suite 110 Sacramento, CA 95825 <br><br> **State the term remaining**: Lease ends February 28, 2021 <br><br> **List the contract number of any government contract** | JPI XXXII, L.P. Attn: Eric Edelmayer <br> 5665 Power Inn Road, Suite 140 <br> Sacramento, CA 95824 |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest**: Sacramento Office Sublease <br> 301 University Avenue, Suite 150 Sacramento, CA 95825 <br><br> **State the term remaining**: Lease ends February 28, 2021 <br><br> **List the contract number of any government contract** | Parker Turner Albright, P.C. <br> 301 University Avenue, Suite 150 <br> Sacramento, CA 95825 |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest**: Newport Beach Office Lease <br> 895 Dove Street, 3rd Floor Newport Beach, CA 92660 <br><br> **State the term remaining**: Month to Month <br><br> **List the contract number of any government contract** | Regus Management Group, LLC <br> 15305 Dallas Parkway, Suite 400 <br> Addison, TX 75001 |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest**: Los Angeles Office Lease <br> 777 South Figueroa Street, Suite 4250 Los Angeles, CA <br><br> **State the term remaining**: Lease ends March 31, 2021 <br><br> **List the contract number of any government contract** | Maguire Properties – 777 Tower, LLC <br> c/o Brookfield Properties Management Attn: General Manager <br> 725 S Figueroa Street, Suite 1850 <br> Los Angeles, CA 90017 |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest**: San Francisco Office Lease <br> One Embarcadero Center, 3rd Floor, Suite 360 Sacramento, CA <br><br> **State the term remaining**: Lease ends February 28, 2019 <br><br> **List the contract number of any government contract** | Boston Properties Limited Partnership Attn: Mr. Bob Pester <br> Four Embarcadero Center Lobby Level, Suite One <br> San Francisco, CA 94111 |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest**: San Francisco Office Sublease <br> One Embarcadero Center, Suite 310 San Francisco, CA 94111 <br><br> **State the term remaining**: Lease ends February 28, 2019 <br><br> **List the contract number of any government contract** | InterDigital, Inc. <br> One Embarcadero Center, Suite 310 <br> San Francisco, CA 94111 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| # | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest:** Walnut Creek Office Lease, 2033 North Main Street Walnut Creek, CA 94596<br>**State the term remaining:** Lease ends February 28, 2020<br>**List the contract number of any government contract:** | Legacy III Walnut Creek II, LLC<br>c/o Legacy Partners Commercial, Inc. Attn: Executive VP, Property Management<br>4000 East Third Avenue, Suite 600<br>Foster City, CA 94406 |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest:** Walnut Creek Office Sublease, 2033 North Main Street, Suite 800 Walnut Creek, CA 94596<br>**State the term remaining:** Lease ends February 28, 2020<br>**List the contract number of any government contract:** | Buchman Provice Brothers Smith LLP<br>2033 North Main Street, Suite 720<br>Walnut Creek, CA 94596 |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest:** Work-Study Contract<br>**State the term remaining:** August 2018 to June 2019<br>**List the contract number of any government contract:** | VDHSWS, Inc., a California Public Benefit Corporation<br>Attn: Rev. Michael Mandala, S.J., President<br>11100 South Central Avenue<br>Los Angeles, CA 90059-1199 |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest:** Sponsor Agreement<br>**State the term remaining:** August 20, 2018 to July 31, 2019<br>**List the contract number of any government contract:** | ICA San Francisco Work Study, Inc.<br>Attn: Bill Olinger, Director-CEO<br>3625 - 24th Street<br>San Francisco, CA 94110 |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest:** Website Hosting Contract<br>**State the term remaining:** January 1, 2018 to December 31, 2018<br>**List the contract number of any government contract:** | Tenrec<br>400 SW 6th, Ste 515<br>Portland, OR 97204 |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest:** ACROBAT PRO SUBSCRIPTION<br>**State the term remaining:** SUBSCRIPTION EXPIRED<br>**List the contract number of any government contract:** | ADOBE SYSTEMS INC<br>345 PARK AVENUE<br>SAN JOSE, CA 95110 |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest:** CITRIX SUPPORT (XEN DESKTOP) SUBSCRIPTION<br>**State the term remaining:** SUBSCRIPTION EXPIRED<br>**List the contract number of any government contract:** | CITRIX SYSTEMS INC.<br>C/O SUBSCRIPTION ADVANTAGE P.O. BOX 932841<br>ATLANTA, GA 31193 |

| Debtor | Archer Norris, PLC | Case number (if known) | 18-30924-HLB |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | CPI SUBSCRIPTION | COMPUTER PACKAGES INC. |
| | | | 414 HUNGERFORD DR, 3RD FLOOR |
| | State the term remaining | SUBSCRIPTION EXPIRED | ROCKVILLE, MD 20850 |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | DIGITAL DICTATION | PHILIPS MAGNAVOX |
| | | | PO BOX 418 |
| | State the term remaining | SUBSCRIPTION EXPIRED | JEFFERSON CITY, TN 37760 |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | EXCLAIMER SOFTWARE SUBSCRIPTION | EXCLAIMER LTD |
| | | | 445 PARK AVE., 9TH FL. |
| | State the term remaining | SUBSCRIPTION EXPIRED | NEW YORK, NY 10022 |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | IQ TRACK HELP DESK SUBSCRIPTION | IQTRACK |
| | | | P.O. BOX 28529 |
| | State the term remaining | SUBSCRIPTION EXPIRED | ST. LOUIS, MO 63146 |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | ONELOGIN SUBSCRIPTION | ONELOGIN, INC |
| | | | 100 CALIFORNIA STREET, STE 900 |
| | State the term remaining | SUBSCRIPTION EXPIRED | SAN FRANCISCO, CA 94111 |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | SAVVYSMART CONTENT LIBRARY TRAINING SUBSCRIPTION | SAVVY TRAINING & CONSULTING, INC. |
| | | | P.O. BOX 460697 |
| | State the term remaining | SUBSCRIPTION EXPIRED | DENVER, CO 80246 |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | TIME CODER PRO SITE LICENSE SUBSCRIPTION | INDATA CORPORATION |
| | | | 225 E. GERMANN, STE 310 |
| | State the term remaining | SUBSCRIPTION EXPIRED | GILBERT, AZ 85297 |
| | List the contract number of any government contract | | |

Official Form 206G  Schedule G: Executory Contracts and Unexpired Leases  page ___ of ___

Debtor **Archer Norris, PLC**    Case number (*if known*) 18-30924-HLB

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| # | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | TRIALDIRECTOR SUBSCRIPTION | INDATA CORPORATION<br>225 E. GERMANN, STE 310<br>GILBERT, AZ 85297 |
| | State the term remaining | SUBSCRIPTION EXPIRED | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | VLA WINDOWS COMPANION FOR CITRIX SUBSCRIPTION | MICROSOFT CORPORATION<br>C/O BANK OF AMERICA 1950 N. STEMMONS FWY, STE 5010<br>DALLAS, TX 75207 |
| | State the term remaining | SUBSCRIPTION EXPIRED | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | WISTIA SUBSCRIPTION | WISTIA, INC.<br>17 TUDOR ST.<br>CAMBRIDGE, MA 02139 |
| | State the term remaining | SUBSCRIPTION EXPIRED | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | XENDESKTOP PLATINUM & NETSCALER SUBSCRIPTION | CITRIX SYSTEMS INC.<br>C/O SUBSCRIPTION ADVANTAGE P.O. BOX 932841<br>ATLANTA, GA 31193 |
| | State the term remaining | SUBSCRIPTION EXPIRED | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | NSCALED DISASTER RECOVERY SYSTEM | ACRONIS INTERNATIONAL GMBH<br>C/O ACRONIS, INC. 300 TRADECENTER, STE 6700<br>WOBURN, MA 01801 |
| | State the term remaining | SYSTEM EXPIRED | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | GROUP HEALTH SERVICE NO. W0065453-M0013312 | BLUE SHIELD OF CALIFORNIA<br>50 BEALE STREET<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | 4 MONTHS - 12/31/2018 | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | GROUP HEALTH SERVICE NO. W0065453-M0014588 | BLUE SHIELD OF CALIFORNIA<br>50 BEALE STREET<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | 4 MONTHS - 12/31/2018 | |
| | List the contract number of any government contract | | |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page ___ of ___

Page 14 of

| Debtor | Archer Norris, PLC | Case number (if known) | 18-30924-HLB |
|---|---|---|---|

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest: GROUP HEALTH SERVICE NO. W0065453-M0015371<br>State the term remaining: 4 MONTHS - 12/31/2018<br>List the contract number of any government contract: | BLUE SHIELD OF CALIFORNIA<br>50 BEALE STREET<br>SAN FRANCISCO, CA 94105 |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest: DENTAL PREFERRED PROVIDER INSURANCE<br>State the term remaining: 4 MONTHS - 12/31/2018<br>List the contract number of any government contract: | CIGNA HEALTH AND LIFE INSURANCE COMPANY<br>CIGNA CORPORATE HEADQUARTERS<br>900 COTTAGE GROVE ROAD<br>BLOOMFIELD, CT 06002 |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest: GROUP HEALTH PLAN NORTHERN CALIFORNIA<br>State the term remaining: 4 MONTHS - 12/31/2018<br>List the contract number of any government contract: | KAISER FOUNDATION HEALTH PLAN, INC. NORHTERN CALIFORNIA REGION<br>1950 FRANKLIN STREET<br>OAKLAND, CA 94612<br>Attn: WADE J OVERGAARD, SENIOR VICE PRESIDENT, HEALTH PLAN OPERATIONS |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest: GROUP HEALTH PLAN SOUTHERN CALIFORNIA<br>State the term remaining: 4 MONTHS - 12/31/2018<br>List the contract number of any government contract: | KAISER FOUNDATION HEALTH PLAN, INC. SOUTHERN CALIFORNIA REGION<br>1950 FRANKLIN STREET<br>OAKLAND, CA 94612<br>Attn: WADE J OVERGAARD, SENIOR VICE PRESIDENT, HEALTH PLAN OPERATIONS |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest: LIFE INSURANCE PLAN POLICY NUMBER 952672 001<br>State the term remaining: 4 MONTHS - 12/31/2018<br>List the contract number of any government contract: | UNUM LIFE INSURANCE COMPANY OF AMERICA<br>2211 CONGRESS STREET<br>PORTLAND, MAINE 04122 |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest: LIFE INSURANCE PLAN POLICY NUMBER 952673 001<br>State the term remaining: 4 MONTHS - 12/31/2018<br>List the contract number of any government contract: | UNUM LIFE INSURANCE COMPANY OF AMERICA<br>2211 CONGRESS STREET<br>PORTLAND, MAINE 04122 |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest: SHORT-TERM DISABILITY PLAN<br>State the term remaining: 4 MONTHS - 12/31/2018<br>List the contract number of any government contract: | UNUM LIFE INSURANCE COMPANY OF AMERICA<br>2211 CONGRESS STREET<br>PORTLAND, MAINE 04122 |

Debtor: Archer Norris, PLC
Case number (if known): 18-30924-HLB



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | LONG TERM CARE INSURANCE PLAN POLICY NUMBER 142883 001 | UNUM LIFE INSURANCE COMPANY OF AMERICA 2211 CONGRESS STREET PORTLAND, MAINE 04122 |
| | State the term remaining | 4 MONTHS - 12/31/2018 | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | LONG TERM CARE INSURANCE PLAN POLICY NUMBER 142883 002 | UNUM LIFE INSURANCE COMPANY OF AMERICA 2211 CONGRESS STREET PORTLAND, MAINE 04122 |
| | State the term remaining | 4 MONTHS - 12/31/2018 | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | LONG TERM CARE INSURANCE PLAN POLICY NUMBER 142883 003 | UNUM LIFE INSURANCE COMPANY OF AMERICA 2211 CONGRESS STREET PORTLAND, MAINE 04122 |
| | State the term remaining | 4 MONTHS - 12/31/2018 | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | LONG TERM CARE INSURANCE PLAN POLICY NUMBER 142883 004 | UNUM LIFE INSURANCE COMPANY OF AMERICA 2211 CONGRESS STREET PORTLAND, MAINE 04122 |
| | State the term remaining | 4 MONTHS - 12/31/2018 | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | GROUP VISION CARE PLAN | VISION SERVICE PLAN 3333 QUALITY DRIVE RANCHO CORDOVA, CALIFORNIA 95670 |
| | State the term remaining | 1 YEAR, 4 MONTHS - 12/31/2020 | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | 401k ADMINISTRATION | ONE AMERICA INVESTMENT ADVISORY SERVICES LLC ATTN: GENERAL COUNSEL ONE AMERICAN SQUARE INDIANAPOLIS, IN 96206 |
| | State the term remaining | 4 MONTHS - 12/31/2018 | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Case: 18-30924 Doc# 77 Filed: 09/12/18 Entered: 09/12/18 15:05:47 Page 16 of 17

Official Form 206G — Schedule G: Executory Contracts and Unexpired Leases — page ___ of ___

**Fill in this information to identify the case and this filing:**

Debtor Name: Archer Norris, a Professional Law Corporation

United States Bankruptcy Court for the: Northern District of CA (State)

Case number (*If known*): 18-30924-HLB

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/12/2018
MM / DD / YYYY

✘ /s/ Russell K. Burbank
Signature of individual signing on behalf of debtor

Russell K. Burbank
Printed name

Liquidating Manager
Position or relationship to debtor

Official Form 202 **Declaration Under Penalty of Perjury for Non-Individual Debtors**