Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com

Proposed Counsel for the Official Committee of Unsecured Creditors of Archer Norris, A Professional Law Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| ARCHER NORRIS, | Case No. 18-30924 HLB |
|---|---|
| A Professional Law Corporation | Chapter 11 |
| | NO HEARING REQUESTED |
| Debtor, | |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

TO: The Clerk of the Above-entitled Court, Attorney for Debtor, and the U. S. Trustee:

PLEASE TAKE NOTICE that is represented by Binder & Malter, LLP. Pursuant to Fed. R. Bankr. P. 2002, 9007 and 9010, the local rules of this Court and Bankruptcy Code §§ 102(1), 342 and 1109(b), all notices given or required to be given in this case and all papers served or required to be served shall be given and served upon this firm at the addresses indicated.

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Code § 1109(b), the foregoing request for notices includes not only notices and papers referred to in the Rules and Sections specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand which affects or seeks to affect, in any way, any rights or interest of the Creditor.

///

///

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE                                                    1

| | |
|---|---|
| 1 | PLEASE TAKE FURTHER NOTICE that requests that all notices be mailed to them at |
| 2 | the following address: |

Robert G. Harris, Esq.<br>
Binder & Malter LLP<br>
2775 Park Avenue<br>
Santa Clara, CA 95050<br>
Telephone: (408)295-1700<br>
Facsimile: (408) 295-1531<br>
Email: Rob@bindermalter.com

Dated: September 14, 2018                    BINDER & MALTER LLP

/s/ *Robert G. Harris*
Robert G. Harris

Proposed Counsel for the Official Committee of
Unsecured Creditors of Archer Norris,
A Professional Law Corporation

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE                    2