Michael W. Malter (SBN 96533)
Robert G. Harris (SBN 124678)
Julie H. Rome-Banks (SBN 142364)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Michael@bindermalter.com
Email: Rob@bindermalter.com
Email: Julie@bindermalter.com

Proposed Attorneys for the Official Unsecured Creditors Committee

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANSISCO DIVISION

| | |
|---|---|
| In re: | Case No. 18-30924-HLB |
| ARCHER NORRIS, a Professional Law Corporation, | Chapter 11 |
| | NO HEARING REQUESTED |
| Debtor. | |

**VERIFIED STATEMENT OF ROBERT G. HARRIS IN SUPPORT OF EX PARTE APPLICATION FOR APPOINTMENT OF ATTORNEYS FOR OFFICIAL UNSECURED COMMITTEE**
**(11 U.S.C. §327(a), FRBP 2014(a))**

1. I am a partner in Binder & Malter, LLP ("Binder & Malter"). This declaration is submitted pursuant to Federal Rule of Bankruptcy Rule 2014(a) in support of the Ex Parte Application for Appointment of Attorneys for Official Unsecured Committee (11 U.S.C. §327(a), FRBP 2014(a)) (the "Application") filed by the Official Unsecured Creditors' Committee of Archer Norris, a Professional Law Corporation (the "Committee").

2. The Committee wishes to employ Binder & Malter as its counsel pursuant to the terms of the retainer agreement executed on September 19, 2018. A copy of the retainer agreement is attached hereto as Exhibit "A". A proposed form of order approving the Application is attached

VERIFIED STATEMENT OF COUNSEL　　1

hereto as Exhibit "B" which will be lodged but not uploaded for 7 days after the filing of the Application.

3. Binder & Malter is comprised primarily of attorneys who limit their practice to the areas of insolvency, reorganization, and bankruptcy law. Binder & Malter is well-qualified to represent the Committee. All attorneys comprising or associated with Binder & Malter who will render services are admitted to practice law in the courts of the State of California and before this Court.

4. In representing the Committee, Binder & Malter anticipates that it will (a) assist the Committee in protecting the interests of the unsecured creditors of the estate; (b) advise the Committee of its powers and responsibilities under the Bankruptcy Code; (c) advise the Committee generally as counsel; (d) develop, through discussion with parties in interest, legal positions and strategies with respect to all facets of this case, including analyzing administrative and operational issues; (e) prepare motions, applications, answers, orders, memoranda, reports, and papers in connection with representing the interests of the Committee; (f) participate in the resolution of issues related to a plan of reorganization and the approval and implementation of such plan; and (g) render such other necessary advice and services that the Committee may require in connection with this case.

5. Applicant's employment as counsel to the Committee does not include appearances before any court or agency other than the Bankruptcy Court and the Office of the United States Trustee; litigation in the Bankruptcy Court with respect to matters which are, in the main; or the provision of advice outside the insolvency area, in areas such as corporations, taxation, securities, torts, environmental, labor, criminal, professional responsibility, or real estate law.

6. Neither your Applicant nor its employees have any connection with any creditor or interested party herein or with the attorneys of such parties except as follows:

    a. Binder & Malter, LLP has worked with and been counsel for debtors in the following cases in which Burr Pilger Mayer, Inc. has also been employed as a professional: In re CLICKAWAY CORPORATION, Case No. 18-51662-MEH; In re SECOND STREET PROPERTIES and In re BERKELEY PROPERTIES,

LLC, Case numbers 14-41045-RLE and 14-41048-RLE; In re PACIFIC STEEL CASTING COMPANY, Case number 14-41045-RLE; In re THE KRISAM GROUP, INC. and In re GLOBAL EVENTS PARTNERS, INC., Case number 14-50393-CN and 14-50395-CN; In re CLEMENT SUPPORT SERVICES, INC. and In re CSS FABRICATION, INC., Case numbers 15-50794-MEH and 15-50795-MEH; and, In re GAME2MOBILE, INC., and In re TARSIN, INC., Case numbers 11-52062-ASW and 11-53607-ASW.

   b. Binder & Malter, LLP represented the debtor in MI PUEBLO SAN JOSE, INC., Case number 11-53893-ASW, at the same time that Felderstein Fitzgerald Willoughby & Pascuzzi LLP represented a related entity in In re CHA CHA ENTERPRISES, LLC, Case number 11-53894-ASW.

  7.   Binder & Malter will charge the Committee for its services in accordance with its guideline hourly rates in effect at the time services are rendered. Subject to the Court's approval, Binder & Malter will charge the Committee for out-of-pocket expenses. Binder & Malter recognizes that these costs may not be reimbursed if the Court does not so order. A list of the hourly rates for the Binder & Malter attorneys expected to work on this case is included in Exhibit "A" hereto.

  8.   There is no agreement or understanding between Binder & Malter or any other entity for the sharing of compensation to be received for services rendered in or in connection with this case.

  9.   No compensation will be paid to Binder & Malter except as authorized by order of this Court, after a hearing on notice to creditors.

  10.   To check for potential conflicts, Binder & Malter conducted its standard conflicts check procedure. Specifically, Binder & Malter identified the creditors in this case and checked its electronic and paper files for potential conflicts and prior representation of parties-in-interest.

///

///

///

VERIFIED STATEMENT OF COUNSEL   3

11. Following the conclusion of its conflict check, to the best of Binder & Malter's knowledge Applicant and all of the attorneys comprising of or employed by it are disinterested persons who do not hold or represent an interest adverse to the Debtor's estate and do not have any connection with the Debtor, its creditors, the U.S. Trustee, or any person employed in the Office of the U.S. Trustee except as set forth above.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 19th day of September, 2018, at Santa Clara, California.

/s/ *Robert G. Harris*
ROBERT G. HARRIS